# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| MARY BELL, | ) |
|     Plaintiff, | ) ) ) |
| VS. | )   No. 1:22-cv-00051 )   JURY DEMAND (12-PERSON) |
| WALMART INC., | ) ) |
|     Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Walmart Inc. hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Mary Bell v. Walmart Inc., in the Circuit Court for Hamilton County, Tennessee, No. 21C-1129.

This is a suit of wholly civil nature filed in Tennessee state court. The action is pending in the Circuit Court for Hamilton County, Tennessee. Under 28 U.S.C.A. §§ 123(a)(1) and 1441(a), the United States District Court for the Eastern District of Tennessee, Southern Division, is a proper forum for removal.

This Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000. The complaint demands "judgment against the defendant for $100,000 for compensatory damages." Plaintiff is a citizen and resident of Hamilton County, Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was sued as Walmart Inc. It is expected that Wal-Mart Stores East, LP, will be substituted as the proper defendant in this matter.

Wal-Mart Stores East, LP is a Delaware limited partnership. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc., an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. There are no other owners of Wal-Mart Stores East, LLC. Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter being removed to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

Defendant was served with process on February 9, 2022. Copies of the summons and complaint are attached as Exhibits A and B, respectively. Fewer than thirty days have expired since service of process on the Defendant. This Notice of Removal is timely filed as set forth in 28 U.S.C. §1446(b).

WHEREFORE, Defendant hereby gives notice of the removal of this action pending in the Circuit Court for Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Southern Division, and requests that the proceedings be held thereon.

/s/ Elle G. Kern
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 3720
#615/244-3370
arowlett@howell-fisher.com
ekern@howell-fisher.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served by U.S. Mail, postage prepaid, upon:

C. Mark Warren, Esq.
WARREN & GRIFFIN, PC
736 Georgia Avenue, Suite 100
Chattanooga, TN 37402
cmark@warrenandgriffin.com

this the 8th day of March, 2022.

/s/ Elle G. Kern